IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA



FILED DEC 1 6 2009 UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Debra L. Gilbert,<br><br>        Debtor (s). | Chapter 7 Proceedings<br><br>Case No. 2:09-bk-24793-RTBP |
| CitiFinancial, (MD),<br><br>        Movant,<br>vs.<br><br>Debra L. Gilbert, Debtor; and William E. Pierce, Trustee,<br><br>        Respondent (s). | **(CHARLES G. CASE, II)**<br><br>ORDER OF RECUSAL<br>(CITIFINANCIAL, (MD)) |

Before the court is the Motion For Relief From the Automatic Stay filed by CITIFINANCIAL, (MD). It appearing that the Hon. Redfield T. Baum has a conflict of interest and must recuse himself from considering the motion and therefore;

IT IS HEREBY ORDERED pursuant to the provisions of 28 U.S.C.§ 455(b)(4) the undersigned Bankruptcy Judge is disqualified from considering this matter and refers it to the Clerk of the Court for reassignment to another bankruptcy judge for consideration.

DATED this ____ day of December, 2009.

Honorable Redfield T. Baum
United States Bankruptcy Judge

Copy of the foregoing
mailed this ___16___ day of
December, 2009 to:

Mark S. Bosco
Leonard J. McDonald
TIFFANY & BOSCO
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016

Debra L. Gilbert
P.O. Box 149
Cornville, Arizona 86325

LAW OFFICE OF DAVID P. MORSE
P.O. Box 1855
Cottonwood, Arizona 86326

William E. Pierce
P.O. Box 429
Chino Valley, Arizona 86323-0429

by _____
　　　Judicial Assistant